**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JULIO CABRERA,**

        **Plaintiff,**

**-vs-**                                  **Case No. 6:11-cv-891-Orl-28DAB**

**KAMILIES SERVICES, LLC, HARI OM, INC/ID I,**

        **Defendants.**
_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 19) filed November 2, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 3, 2011 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 19) is **GRANTED**.

3. The Settlement is accepted as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues.

4. This case is dismissed with prejudice.

     5.     The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __28th__ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge